```
                                    FILED
                            CLERK, U.S. DISTRICT COURT

                                  FEB - 7 2008

                            CENTRAL DISTRICT OF CALIFORNIA
                            BY                       DEPUTY
```

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No.: 05-1097 |
|---|---|---|
| Plaintiff, | ) | ORDER OF DETENTION |
| vs. | ) | [Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)] |
| Anyaa Trahan | ) | |
| Defendant. | ) | |

   The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the **Central District of California** for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

   The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

   The Court finds that:

A.  [X]  The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on **defendant proffering no evidence + allegations in petition**.

```
 1  _____
 2  _____
 3  _____
 4       and/or
 5  B.  (x)  The defendant has not met his/her burden of establishing by
 6       clear and convincing evidence that he/she is not likely to pose
 7       a danger to the safety of any other person or the community if
 8       released under 18 U.S.C. § 3142(b) or (c).  This finding is based
 9       on: _defendant proffering no evidence._____
10  _____
11  _____
12  _____
13
14       IT THEREFORE IS ORDERED that the defendant be detained pending
15  the further revocation proceedings.
16
17  Dated:  2/7/08
18
19                              _____
                                JEFFREY W. JOHNSON
20                              UNITED STATES MAGISTRATE JUDGE
```